UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **f/b/o IRVING EQUIPMENT, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JAMES N. GRAY CO., et al.,** <br><br> **Defendants** | ) <br> ) <br> ) <br> ) <br> )    Civil No. 05-215-P-S <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 30) filed December 13, 2005, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that Defendants' Motion to Dismiss (Docket No. 8) is DENIED and their Motion for Summary Judgment (Docket No. 11) is GRANTED as to Counts I and II.

/s/ George Z. Singal
Chief United States District Judge

Dated this 5th day of January, 2006.